IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:19 CR 613 SRC |
| | ) |
| HARRY JOHN HAMM | ) |
| | ) |
| Defendant. | ) |

**MOTION TO CONTINUE HEARING**

Counsel requests the pretrial hearing scheduled for September 21, 2020 be continued for 45 days. The government consents to this request. The parties are negotiating a resolution that will alleviate the need for trial and a pretrial conference. Additional time is needed to complete the review of evidence and continue resolution efforts. The nature of the electronic evidence has hampered the ability of the parties to review all discovery as the evidence must be reviewed in person at the Office of the United States Attorney. The parties are actively planning for this evidence to be reviewed and are engaged in ongoing negotiations in an effort to resolve this matter without proceeding to trial. Additional time is required to complete the final review and to complete negotiations.

This request for continuance is made for good cause shown and to deny such request would deny counsel adequate time to investigate and provide effective representation. There are no reasons that this cause must go forward under the current health pandemic and further delay of 45 days will not cause serious harm to the interests of justice. Granting this request will alleviate the need for an in person appearance and is made to avoid utilizing one of the coveted in person hearings allotted under the current pandemic scheduling directives. The parties are continuing all efforts to resolve this matter as

expeditiously as possible.   Counsel and Defendant acknowledge that any such extension will be excluded from computations under the Speedy Trial Act.   Counsel will file a signed waiver of Speedy Trial rights if so desired by this Court.   The government consents to this request.

WHEREFORE, counsel requests that the Court continue the pretrial conference in this matter for forty five days and reschedule to any date convenient to this Court.   The parties will make all efforts to resolve this matter prior to any future pretrial conference.

Respectfully submitted,

/s/Nanci H. McCarthy
NANCI H. MCCARTHY MO 45443
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Nanci_McCarthy@fd.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Robert Livergood, Assistant United States Attorney.

/s/Nanci H. McCarthy
NANCI H. MCCARTHY
Assistant Federal Public Defender