**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
| Plaintiff(s),   ) | |
| ) | |
| v.   ) | Case No.  4:19-cr-00613 SRC |
| ) | |
| HARRY JOHN HAMM,   ) | |
| ) | |
| Defendant(s).   ) | |

### Scheduling Order

On February 17, 2021, the parties appeared before the Court for a consolidated plea and sentencing hearing.  Doc. 65.  Defendant Harry John Hamm withdrew his former plea of not guilty and entered a plea of guilty as to Counts I, II, and III of the Indictment.  *Id.*  Hamm then orally requested to continue the sentencing portion of the hearing.  The Court granted Hamm's oral request to continue sentencing and sets the following schedule:

By no later than **Wednesday, February 24, 2021**, Defendant Harry John Hamm must file a brief supplementing his [64] Motion for Voluntary Surrender that details his position on whether—1) his detention is mandatory; and 2) 18 U.S.C. §3143(a)(2) applies.

By no later than **Monday, March 1, 2021, t**he United States must file a response to Hamm's supplemental brief on detention that details its position on whether—1) Hamm's detention is mandatory; and 2) 18 U.S.C. §3143(a)(2) applies.

By no later than **Thursday, March 4, 2021,** Hamm must file a reply, if any, in support of his supplemental brief.

On **Tuesday, March 9, 2021 at 11:00 a.m.**, the Court will hold an **in-person hearing** in **Courtroom 14-North** on Hamm's [64] Motion for Voluntary Surrender.

By no later than **Monday, April 5, 2021**, Hamm may re-file his Motion for Leave to File Sentencing Memorandum.  If filed, the United States must file a response by no later than **Monday, April 12, 2021.**   Any reply must be filed by no later than **Monday, April 19, 2021.**

On **Monday, April 26, 2021 at 1:00 p.m.**, the Court will hold an in-person sentencing hearing in Courtroom 14-North.

So Ordered this 17th day of February 2021.

_____
**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**